HBM/MCH: USAO#2012R00389

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. RDB-12-0644 |
| | * |
| LEON COOK, | * (Possession of a Firearm by a Felon, 18 |
| | * U.S.C. § 922(g)(1); Possession of Body |
| | * Armor by Violent Felon, 18 U.S.C. |
| Defendant | * §931(a); Possession with Intent to |
| | * Distribute Marijuana, 21 U.S.C. § |
| ****** | 841(a)(1)) |

## SUPERSEDING CRIMINAL INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about February 15, 2012, in the District of Maryland, the defendant,

**LEON COOK,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, to wit, a Bersa .380 caliber handgun, serial #957767, loaded with eight (8) rounds of ammunition, in and affecting interstate commerce.

18 U.S.C. §922(g)(1)

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about February 15, 2012, in the District of Maryland, the defendant,

### LEON COOK,

having been convicted of a crime of violence, did knowingly possess body armor, to wit: an ABA Body Armor, serial #N-9505560-A in and affecting interstate commerce.

18 U.S.C. §931(a)

## COUNT THREE

The United States Attorney for the District of Maryland further charges that:

On or about February 15, 2012, in the District of Maryland, the defendant,

**LEON COOK,**

did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of marijuana, a Schedule I, controlled substance.

21 U.S.C. § 841(a)(1)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Counts One, Two and Three of this Criminal Information.

2. As a result of the offense alleged in Counts One, Two, and Three of this Criminal Information, the defendant,

## LEON COOK,

shall forfeit to the United States the firearm involved in the commission of the offense, to wit, the firearm, ammunition, and body armor as identified in the indictment and involved in that offense.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_____
Rod J. Rosenstein
United States Attorney